although the clause spoke of it as the Fort Dearborn National Bank, in which latter she had no account. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. *Certiorari* denied by Supreme Court (making opinion final).

William J. Weldon, for appellants. M. F. Cure and Jos. J. Shaw, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

Peter Sobieski, appellee, v. City of Chicago, et al., on appeal of City of Chicago, appellant. Gen. No. 27,771.

Action for damages for personal injuries through fall of barricade erected in front of building in course of construction. Suit dismissed by plaintiff against one of the owners; verdict of not guilty as to the others; contractor and city of Chicago found guilty. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 3, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, Corporation Counsel, Francis X. Busch, Corporation Counsel, and William H. Devenish, City Attorney, for appellant; Robert H. Farrell and Albert H. Veeder, Assistant Corporation Counsel, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

Stella W. Mandl, administratrix of the estate of Cornelia Wolff, deceased, appellee, v. City of Chicago, appellant. Gen. No. 27,775.

Action against city for damages for personal injuries from a fall caused by defective sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 3, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, Corporation Counsel, and William H. Devenish, City Attorney, for appellant; Robert H. Farrell, of counsel. Burt A. Crowe and Oscar M. Wolff, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

F. M. Hoyt Company, appellee, v. M. J. Kaszeski, appellant. Gen. No. 27,781.

Action on claim for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.

Leander D. Condee, for appellant; Orville W. Lee, of counsel. Henry H. Koven and Max M. Rappaport, for appellee; Sol W. Harris, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.